MINUTE ENTRY
BROWN, J.
OCTOBER 9, 2025
JS10 – 00:16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-69 |
| TRAVIS BROWN | SECTION: G |

RULE TO REVOKE SUPERVISED RELEASE

| | |
|---|---|
| Court Recorder: | Toni Tusa |
| Case Manager: | Morgan Palmer |
| Law Clerk: | Jennifer Papa |
| | |
| PRESENT: | Travis Brown, Defendant |
| | Arthur A. Lemann, IV, Counsel for defendant |
| | Gregory M. Kennedy, Counsel for the government |
| | Officer Alcala, U.S. Probation Officer |

Case called 10:30 a.m.
The defendant was present for a hearing on the government's Rule to Revoke Supervised Release (Rec. Doc. #119).
The parties enter a stipulation as to the Grade C violations.
The Court heard statements from the defendant, defense counsel, the Government, and the U.S. Probation Officer.
ORDERED that defendant's term of supervision is revoked.
See Judgment.
The defendant was REMANDED.
Hearing completed 10:46 a.m.